UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMUEL MARTINEZ, | : CIVIL ACTION NO.: |
| *Plaintiff* | : |
| | : |
| v. | : |
| | : |
| UNITED TECHNOLOGIES CORPORATION - | : |
| PRATT AND WHITNEY DIVISION AND | : |
| UNITED TECHNOLOGIES CORPORATION, | : |
| *Defendant* | : DECEMBER 11, 2019 |

## COMPLAINT

### FIRST COUNT:

1. At all times relevant hereto, the Plaintiff, **Samuel Martinez**, is an individual residing in Waterbury, Connecticut, and is and was employed by the Defendants, **Pratt & Whitney, now or formerly a United Technologies Company and United Technologies Corp**. The Plaintiff is a Hispanic-American male, disabled and over 63 years of age.

2. At all times relevant hereto, the Defendant is doing business in Middletown, Connecticut.

3. On July 12, 2018, Plaintiff was terminated from Pratt & Whitney in Middletown, Connecticut, after 39 years and 9 months of service. He is a 63 year old Hispanic male with a physical disability. On the day of termination Plaintiff had a 10:00 a.m. meeting with Ms. Gomez of Human Resources, Mark Heller, his direct Supervisor and Steve, a Shop Steward. Quality Assurance was discussed in the meeting. When the meeting was over, Plaintiff went back to work. At 2:20 p.m. Mark Heller and another supervisor, Allen H. informed Plaintiff that he was terminated and he needed to

collect his belongings and go to Guard Headquarters. Plaintiff, was discriminated against and treated differently than the other employees and his supervisor, Mark Heller, as they followed the same practices as Plaintiff, based on his race, ethnicity, age and physical disability, in violation of the Civil Rights Act of 1964, 42 U.S.C. § 1985 – § 2000e-2, the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634, the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and the Connecticut Fair Employment Practices Act ("CFEPA"). C.G.S. §§ 46A – 60(a)(1 & 4). Plaintiff has been subsequently rehired with a loss of benefits and seniority.

    4.    On or about December 18, 2018, Plaintiff filed a Complaint with the Connecticut Commission on Human Rights & Opportunities (hereinafter "**CHRO**") and Equal Employment Opportunities Commission (hereinafter "**EEOC**"), alleging Discrimination, based on race, age and physical disability in violation Civil Rights Act of 1964, 42 U.S.C. § 1985 – § 2000e-2, the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634, the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and the Connecticut Fair Employment Practices Act ("CFEPA"). C.G.S. §§ 46A – 60(a)(1 & 4).

    5.  A copy of the Charge of Discrimination is attached hereto as Exhibit "A". Plaintiff obtained a Release of Jurisdiction, dated September 16, 2019, giving him until **_December 16, 2019 to file a lawsuit against the Defendants_**. (A copy of Release of Jurisdiction is, attached hereto as Exhibit "B".) This Action is timely filed inter-alia, as an employment discrimination, racial/ethnic discrimination, age discrimination case and disability discrimination case in this court.

## SECOND COUNT:

1-5. Paragraphs 1 through 5 are repeated and realleged.

6. The Defendant's discriminatory practices against Plaintiff are long standing. On April 22, 2017 Plaintiff was physically assaulted at work. An employee, "Mike", attacked Plaintiff and tackled him to the floor causing Plaintiff to hit the concrete floor facedown with Mike's large-frame body on top of him injuring Plaintiff. Proper procedures and safety protocols were not followed as the assailant has continued repeatedly to display aggressive behavior toward Plaintiff, and was allowed to continue to work for Defendant without issue or police or company involvement.

7. Defendant continues to discriminate, and fails to protect Plaintiff in the workplace and to enforce its rules and the law equally.

## THIRD COUNT:

1-7. Paragraphs 1 through 7 are repeated and realleged.

8. Defendant claims to have misplaced Plaintiff's personnel file, despite numerous requests for same by Plaintiff and his union and is being discriminated against, and treated differently than other employees, because other files can be located and produced..

9. Plaintiff is being discriminated against, treated differently from other employees based on his race, ethnicity, age and physical disability in violation of the Civil Rights Act of 1964 42 U.S.C. §§ 1985 – 2000e-2 Civil Rights Act of 1964, 42 U.S.C. § 1985 – § 2000e-2, the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634, the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and

the Connecticut Fair Employment Practices Act ("CFEPA"). C.G.S. §§ 46a – 60(a)(1 & 4).

## FOURTH COUNT:

1-9. Paragraphs 1 through 9 are repeated and realleged.

10. The Acts and Practices of the Defendants violate C.G.S. § 46a-60(a)(1 & 4), the Connecticut Fair Employment Practices Act.

11. The Plaintiff has been damaged thereby.

## FIFTH COUNT:

1-11. Paragraphs 1 through 11 are repeated and realleged.

12. The Defendant has allowed, and continues to allow a hostile work environment to exist with respect to Plaintiff.

13. The Acts and practices of the Defendants violate Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1985 – § 2000e-2, the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634, the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and the Connecticut Fair Employment Practices Act ("CFEPA"). C.G.S. §§ 46A – 60(a)(1 & 4).

## SIXTH COUNT:

1-13. Paragraphs 1 through 13 are repeated and realleged.

14. United Technologies Corporation has failed to properly supervise its Pratt & Whitney Division, and has allowed a hostile work environment to exist and unlawful discrimination against Plaintiff to occur.

*A Jury Trial is demanded.*

*Hereof fail not but of this writ with your doings thereon make due service and return according to law.*

Dated: December 11, 2019
      Stratford, Connecticut

                                        THE PLAINTIFF,
                                        SAMUEL MARTINEZ

By: _____
      Kenneth A. Beck, Esq.
      BECK & BECK, LLC
      83 Booth Street
      Stratford, CT 06614
      Tele. No.: (203) 375-2222
      Fax No.: (203) 378-5263
      E-mail: beckandbeck@sbcglobal.net
      Federal Bar #CT08701

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL MARTINEZ, | : | CIVIL ACTION NO.: |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED TECHNOLOGIES CORPORATION - | : | |
| PRATT AND WHITNEY DIVISION AND | : | |
| UNITED TECHNOLOGIES CORPORATION, | : | |
| *Defendant* | : | DECEMBER 11, 2019 |

## AMOUNT IN DEMAND

The amount, legal interest or property in demand is FIFTEEN THOUSAND ($15,000.00) DOLLARS or more, exclusive of interest and costs.

THE PLAINTIFF,
SAMUEL MARTINEZ

By: _____
Kenneth A. Beck, Esq.
BECK & BECK, LLC
83 Booth Street
Stratford, CT 06614
Tele. No.: (203) 375-2222
Fax No.: (203) 378-5263
E-mail: beckandbeck@sbcglobal.net
Federal Bar #CT08701

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL MARTINEZ,<br>*Plaintiff* | : | CIVIL ACTION NO.: |
| v. | : | |
| UNITED TECHNOLOGIES CORPORATION -<br>PRATT AND WHITNEY DIVISION AND<br>UNITED TECHNOLOGIES CORPORATION,<br>*Defendant* | : | DECEMBER 11, 2019 |

## JURY TRIAL DEMAND

The Plaintiff, *Samuel Martinez*, demands Trial by Jury.

THE PLAINTIFF,
SAMUEL MARTINEZ

By: _____
Kenneth A. Beck, Esq.
BECK & BECK, LLC
83 Booth Street
Stratford, CT 06614
Tele. No.: (203) 375-2222
Fax No.: (203) 378-5263
E-mail: beckandbeck@sbcglobal.net
Federal Bar #CT08701